1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11  KEVIN HOUSTON,                              )   NO. CV 09-5167 ABC (FMO)
                                               )
12              Petitioner,                    )
                                               )
13        v.                                   )   **JUDGMENT**
                                               )
14  PEOPLE OF THE STATE OF                     )
    CALIFORNIA, et al.,                        )
15                                             )
                Respondents.                   )
16  _____        )

17

18        IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

19

20  DATED:  7/24/2009.

21

22                                          _____
                                                    AUDREY B. COLLINS
23                                          CHIEF UNITED STATES DISTRICT JUDGE

24
25
26
27
28